**UNITED STATES BANKRUPTCY COURT**
**District of Wyoming**

In re:
   Norman D. Erickson                                         |   Case No: 05-21933-PJM
   Carol W. Erickson                                          |
   P.O. Box 62                                                    |
   Pavillion, WY 85533                                  |
                                                               |
      Debtors

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

      Mark R. Stewart, Trustee , Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C 1302(b)(1). The trustee declares as follows:

1) The case was filed on   09/14/2005.

2.) The plan was confirmed on   01/26/2006.

3.) The plan was modified by order after confirmation pursuant to 11 U.S.C. 1329 on  01/17/2007.

4.) The trustee filed action to remedy default by the debtor in performance under the plan on  NA.

5.) The case was completed on 11/07/2008.

6.) Number of months from filing to last payment: 38

7.) Number of months case was pending:   43

8.) Total value of assets abandoned by court order:  NA

9.) Total value of assets exempted:      24,300.00

10.) Amount of unsecured claims discharged without full payment:     41,580.49

11.) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**
    Total paid by or on behalf of the debtor             $        9,352.00
    Less amount refunded to debtor                     $          105.00

**NET RECEIPTS:**                                                           $        9,247.00

**Expenses of Administration:**

    Attorney's Fees Paid Through the Plan              $          694.00
    Court Costs                                                    $              0.00
    Trustee Expenses & Compensation                   $          890.58
    Other                                                            $              0.00

**TOTAL EXPENSES OF ADMINISTRATION:**                         $        1,584.58

**Attorney fees paid and disclosed by debtor:**     $        1,000.00

UST Form 101-13-FR-S (4/1/2009)

**Scheduled Creditors:**

| CreditorName | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Atlantic City Credit Union | UNS | 4,600.00 | 5,390.69 | 5,390.69 | 967.31 | 0.00 |
| Atlantic City Credit Union | UNS | 750.00 | NA | NA | 0.00 | 0.00 |
| Capital One Bank | UNS | NA | 627.60 | 627.60 | 112.62 | 0.00 |
| Clerk, U.S. Bankruptcy | UNS | 217.71 | 228.62 | 228.62 | 41.02 | 0.00 |
| Direct Merchants Bank | UNS | 10,195.73 | NA | NA | 0.00 | 0.00 |
| Discover Bank | UNS | 8,225.34 | 2,983.02 | 2,983.02 | 535.28 | 0.00 |
| Discover Bank | UNS | NA | 5,150.03 | 5,150.03 | 924.13 | 0.00 |
| eCast Settlement Corporation | UNS | 1,437.17 | 1,547.10 | 1,547.10 | 277.62 | 0.00 |
| eCast Settlement Corporation | UNS | 275.00 | 275.00 | 275.00 | 49.35 | 0.00 |
| eCast Settlement Corporation | UNS | 1,169.56 | 962.56 | 962.56 | 172.72 | 0.00 |
| Ecast Settlement Corporation | UNS | 6,575.00 | 6,520.00 | 6,520.00 | 1,169.97 | 0.00 |
| Ecast Settlement Corporation | UNS | NA | 362.54 | 362.54 | 65.06 | 0.00 |
| Emergency Room Physicians | UNS | 224.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | PRI | 114.83 | 114.83 | 114.83 | 114.83 | 0.00 |
| LVNV Funding LLC | UNS | 539.02 | 707.44 | 707.44 | 126.94 | 0.00 |
| LVNV Funding LLC | UNS | 1,099.84 | 769.44 | 769.44 | 138.07 | 0.00 |
| Porters | UNS | 805.80 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associate | UNS | 2,783.47 | 2,746.81 | 2,746.81 | 492.89 | 0.00 |
| Portfolio Recovery Associate | UNS | NA | 1,349.23 | 1,349.23 | 242.11 | 0.00 |
| Providian | UNS | 1,207.98 | NA | NA | 0.00 | 0.00 |
| Riverton Memorial Hospital | UNS | 807.32 | NA | NA | 0.00 | 0.00 |
| Sutherlands | UNS | 1,663.32 | NA | NA | 0.00 | 0.00 |
| Verizon Wireless West | UNS | 88.00 | 72.08 | 72.08 | 12.93 | 0.00 |
| Wells Fargo Financial | UNS | 1,906.70 | 1,903.85 | 1,903.85 | 341.65 | 0.00 |
| Wells Fargo Financial | SEC | NA | 1,595.97 | 1,877.92 | 1,877.92 | 0.00 |
| Wells Fargo Financial Americ | SEC | 102,000.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors**

| Secured Payments | Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| Mortgage Ongoing | 0.00 | 0.00 | 0.00 |
| Mortgage Arrearage | 1,877.92 | 1,877.92 | 0.00 |
| Debt Secured by Vehicle | 0.00 | 0.00 | 0.00 |
| All Other Secured | 0.00 | 0.00 | 0.00 |
| **TOTAL SECURED:** | 1,877.92 | 1,877.92 | 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | 0.00 | 0.00 | 0.00 |
| Domestic Support Ongoing | 0.00 | 0.00 | 0.00 |
| All Other Priority | 114.83 | 114.83 | 0.00 |
| **TOTAL PRIORITY:** | 114.83 | 114.83 | 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | 31,596.01 | 5,669.67 | 0.00 |

UST Form 101-13-FR-S (4/1/2009)

| **Disbursements:** | | | |
|---|---|---:|---:|
| Expenses of Administration | $ | 1,584.58 | |
| Disbursements to Creditors | $ | 7,662.42 | |
| **TOTAL DISBURSEMENTS:** | | $ | 9,247.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009 the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

**Date:** 04/29/2009          **/s/**   Mark R. Stewart, Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. 1320.4(a)(2) applies.

UST Form 101-13-FR-S (4/1/2009)